UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| VITALY ZAKOUTO, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HOWARD SKOLNIK, et al., )<br>)<br>Defendants. )<br>_____ ) | Case No: 3-09-cv-334-RCJ-RAM<br><br>ORDER OF DISMISSAL WITHOUT<br>PREJUDICE PURSUANT TO RULE 4(m)<br>FEDERAL RULES OF CIVIL<br>PROCEDURE |

Notice having been sent on August 15, 2010 [17], and plaintiff having failed to show good cause why this action should not be dismissed against defendants Lovelock Correctional Center, Nancy, McCarter, Williams, County of Pershing, and Township of Lovelock without prejudice for failure to effect timely service pursuant to FRCP 4(m),

IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action be, and hereby is, dismissed without prejudice as to defendants **Lovelock Correctional Center, Nancy, McCarter, Williams, County of Pershing, and Township of Lovelock** .

DATED this 19th day of October, 2010.

_____
Robert C. Jones
UNITED STATES DISTRICT JUDGE