AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF___NEVADA

VITALY ZAKOUTO,

         Plaintiff,

  V.

HOWARD SKOLNIK, et al.,

         Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: **3:09-cv-00334-RCJ-RAM**

___ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the Court ACCEPTS and ADOPTS the Report and Recommendation of the United States Magistrate Judge (Doc. #27) in which the Defendants' Motion for Summary Judgment (Doc. #19 and Doc. #20) are GRANTED.

   June 2, 2011

**LANCE S. WILSON**
Clerk

  /s/ Katie Lynn Ogden
Deputy Clerk